# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC VARGAS<br><br>    Plaintiff,<br><br>Vs.<br><br>REY LOGISTICS, INC.<br><br>    Defendants. | No.: 2-22-cv-04463<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

The matter in difference in the above-captioned action having been adjusted by and between the parties, it is hereby stipulated and agreed that Plaintiffs' individual claims be and hereby are dismissed with prejudice and without costs.

Date:  October 18, 2022

                                          */s/ Matthew R. Mendelsohn*
                                        Matthew R. Mendelsohn
                                        **MAZIE SLATER KATZ & FREEMAN, LLC**
                                        103 Eisenhower Parkway
                                        Roseland, NJ 07068
                                        Tel: (973) 228-9898
                                        Fax: (973) 328-0303
                                        mrm@mazieslater.com

                                        Yeremey Krivoshey
                                        **BURSOR & FISHER, P.A.**
                                        1990 North California Blvd., Suite 940
                                        Walnut Creek, CA 94596
                                        Telephone: (925) 300-4455
                                        Facsimile: (925) 407-2700
                                        ykrivoshey@bursor.com

                                        *Attorneys for Plaintiff and Putative Class*