IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC VARGAS<br><br>    Plaintiff,<br><br>Vs.<br><br>REY LOGISTICS, INC.<br><br>    Defendants. | No.: 2-22-cv-04463<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

The matter in difference in the above-captioned action having been adjusted by and between the parties, it is hereby stipulated and agreed that Plaintiffs' individual claims be and hereby are dismissed with prejudice and without costs.

Date:  October 18, 2022

SO ORDERED.
*/s/ SDWigenton*
Hon. Susan D. Wigenton
United States District Judge
Dated: October 19, 2022

*/s/ Matthew R. Mendelsohn*
Matthew R. Mendelsohn
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
Tel: (973) 228-9898
Fax: (973) 328-0303
mrm@mazieslater.com

Yeremey Krivoshey
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ykrivoshey@bursor.com

*Attorneys for Plaintiff and Putative Class*